IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>v.<br><br>RAMIL VENTURA PALAFOX<br><br>*Defendant*<br><br>And<br><br>BBMR THRESHOLD LLC, DARVIE MENDOZA, MARISSA MENDOZA PALAFOX, and LINDA VENTURA,<br><br>*Relief Defendants.* | Case No. 1:25-cv-681 |

Before the Court are the United States Department of Justice Motion to Intervene and Motion to Stay, which together request permission for the Department of Justice to intervene in this civil action for the limited purpose of seeking a stay of discovery pending the outcome of a related criminal case, *see United States of America v. Ramil Ventura Palafox*, No. 1:25-cr-52 (E.D. V.A.). For the reasons set forth in the Government's motions, it is hereby

ORDERED that the United States Department of Justice is permitted to intervene in this civil action for the limited purpose of seeking a stay of discovery; and it is further

ORDERED that discovery in this civil action is STAYED pending further order of the Court.

The Clerk is directed to forward copies of this Order to counsel of record and to remove this civil action from the active docket of the Court.

Entered this 21st day of May, 2025.

Alexandria, Virginia

/s/ 
Leonie M. Brinkema
United States District Judge